AO 245B  (Rev. 09/11) Judgment in a Criminal Case for Revocation - DISTRICT OF OREGON CUSTOMIZED 11/2011
    Sheet 1

# UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **JUDGMENT IN A CRIMINAL CASE** |
| **V.** | (For Revocation of Probation or Supervised Release) |
| **LAMAR LEE STANTON** | **Case Number: 3:09-CR-00075-BR-02** |
| | **USM Number: 71574-065** |

Celia Howes
Defendant's Attorney

Kemp Strickland
Assistant U.S. Attorney

**THE DEFENDANT:**

[X]  admitted guilt to violation of condition(s) of the terms of supervision.

The defendant is adjudicated guilty of the following offense(s):

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Standard Condition #2 | New law violations: Assault IV and Physical Harassment | December 9, 2014 |
| Standard Condition #8 | Defendant shall answer truthfully all inquiries by his probation officer and follow the instructions of his probation officer. | September 21, 2014 |
| Standard Condition #12 | Defendant shall submit to urinalysis testing | November 21, 2014 and December 5, 2014 |

The defendant is sentenced as provided in pages 1 through 3 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[  ] The defendant has not violated condition(s) _____, and is discharged as to such violation(s) condition.

**IT IS ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant shall notify the court and the United States Attorney of any material change in the defendant's economic circumstances.

February 17, 2015

Date of Imposition of Sentence

*[signature]*

Signature of Judicial Officer

ANNA J. BROWN, UNITED STATES DISTRICT JUDGE

Name and Title of Judicial Officer

February 17, 2015

Date

AO 245B      (Rev. 09/11) Judgment in a Criminal Case - DISTRICT OF OREGON CUSTOMIZED 11/2011
Sheet 2 -- Supervised Release

DEFENDANT: STANTON, LAMAR LEE                                                              Judgment–Page 2 of 3
CASE NUMBER: 3:09-CR-00075-BR-02

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of: **Eighteen (18) months.**

[X] The court makes the following recommendation to the Bureau of Prisons: that the defendant be placed at the Sheridan, OR facility to be near family who can visit him.

[X] The defendant is remanded to the custody of the United States Marshal.

[ ] The defendant shall surrender to the United States Marshal for this district:

    [ ]    at _____ [ ] a.m.   [ ] p.m. on_____.

    [ ]    as notified by the United States Marshal.

[ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    [ ]    before 2:00 p.m. on _____.

    [ ]    as notified by the United States Marshal and/or Pretrial Services.

---

The Bureau of Prisons will determine the amount of prior custody that may be credited towards the service of sentence as authorized by Title 18 USC §3585(b) and the policies of the Bureau of Prisons.

---

## RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on _____To _____

at _____, with a certified copy of this judgment.


                                              _____
                                              UNITED STATES MARSHAL


                           BY_____
                                        DEPUTY UNITED STATES MARSHAL

(Rev. 09/11) Judgment in a Criminal Case - DISTRICT OF OREGON CFS (01/12/12)
Sheet 3 – Supervised Release

DEFENDANT: STANTON, LAMAR LEE

CASE NUMBER: 3:09-CR-00075-BR-02

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of: **No term of supervision reimposed.**